# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---

EDWARD G. KRAIMER, Jr., GERALD J. MORRELL,
GRAND DADDY'S, LLC, and KRAIMER PROPERTIES, LLC,

        Plaintiffs,

v.                                     Case No. 03 C 0473 C

CITY OF SCHOFIELD,

        Defendant.

---

**PLAINTIFFS' REQUESTED REPORT ON ARBITRATION STATUS:**
**February 14, 2005**

---

      The Plaintiffs, by their attorneys, The Jeff Scott Olson Law Firm, S. C., by Jeff Scott Olson, hereby report to the Court as requested on the status of arbitration activities on this case:

      An arbitration agreement has been negotiated and signed. A panel of three arbitrators has been agreed upon, and the selected arbitrators have agreed to serve. A date, March 11th, 2005, has been set for the arbitration proceeding, and a site in Wausau secured. The parties anticipate reporting the decision of the panel to the Court for incorporation in a final judgment shortly after that date.

1

Dated this 14th day of February, 2005.

Respectfully submitted,

EDWARD G. KRAIMER, Jr.,
GERALD J. MORRELL,
GRAND DADDY'S LLC, and
KRAIMER PROPERTIES, LLC,

Plaintiffs

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar No. 1016284
131 W. Wilson St., Suite 1200
Madison, WI 53703
Phone:      (608) 283-6001
Facsimile:  (608) 283-0945
E-mail:     jsolson@scofflaw.com

/s/Jeff Scott Olson
_____

Jeff Scott Olson
ATTORNEYS FOR PLAINTIFF

**Certificate of Service**

I hereby certify that on Monday, February 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system and I hereby certify that on the same date I have served opposing counsel Michael Roman by e-mail and by First-Class Mail.

/s/ Jeff Scott Olson
_____

2