Case: 3:03-cv-00473-bbc   Document #: 66   Filed: 03/24/05   Page 1 of 3

Document Number: 0066   Case Number: 03-C-0473-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
03/24/2005 06:51:31 AM CST

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---

EDWARD G. KRAIMER, Jr., GERALD J. MORRELL,
GRAND DADDY'S, LLC, and KRAIMER PROPERTIES, LLC,

        Plaintiffs,
    v.                                        Case No. 03 C 0473 C

CITY OF SCHOFIELD,

        Defendant.

---

### PLAINTIFFS' REQUESTED REPORT ON ARBITRATION STATUS:
### March 24, 2005

---

      The Plaintiffs, by their attorneys, The Jeff Scott Olson Law Firm, S. C., by Jeff Scott Olson, hereby report to the Court as requested on the status of arbitration activities on this case:

      On the morning set aside for arbitration, March 11th, 2005, the parties agreed on a settlement, pursuant to which the issues of damages and attorneys' fees have been privately resolved, the injunctive relief previously ordered by the Court will stand, and there will be no appeals. Counsel are in the process of negotiating a final document to memorialize the terms of settlement, and expect to be able to file a stipulation and

1

proposed order within about two weeks; this time might be shorter but plaintiffs' counsel will be absent from the state much of the week of March 28th, 2005.

Dated this 24th day of March, 2005.

Respectfully submitted,

EDWARD G. KRAIMER, Jr.,
GERALD J. MORRELL,
GRAND DADDY'S LLC, and
KRAIMER PROPERTIES, LLC,

Plaintiffs

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar No. 1016284
131 W. Wilson St., Suite 1200
Madison, WI 53703
Phone:      (608) 283-6001
Facsimile:  (608) 283-0945
E-mail:     jsolson@scofflaw.com

/s/Jeff Scott Olson
_____
Jeff Scott Olson
ATTORNEYS FOR PLAINTIFF

**Certificate of Service**

I hereby certify that on Thursday, March 24, 2005, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system and I hereby certify

2

3

that on the same date I have served opposing counsel Michael Roman by e-mail and by First-Class Mail.

/s/ Jeff Scott Olson
_____